■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FRAVEL, Appellant. [831 NYS2d 91]—Motion for reconsideration denied. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ TIMOTHY ALLISON, Respondent, v ERIE COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants (Appeal No. 1.) JEFFREY RUTHERFORD, Respondent, v ERIE COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants. (Appeal No. 2.) [831 NYS2d 91]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Smith and Centra, JJ.

■ In the Matter of KAHLIL S. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant. (Appeal No. 1.) In the Matter of TERRELL Z., JR. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant (Appeal No. 2.) [831 NYS2d 91]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Motion for stay pending appeal dismissed. Present—Scudder, P.J., Gorski, Smith and Pine, JJ.

■ In the Matter of CITIZENS AGAINST SPRAWL-MART, by LEO F. ALCURI et al., Appellants, v CITY OF NIAGARA FALLS et al., Respondents. [831 NYS2d 91]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMMIE L. HAYNES, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Gorski, Smith and Pine, JJ.

■ VILLAGE IMPORT AUTO SALES & SERVICE, Appellant, v MOTORS INSURANCE CORPORATION et al., Respondents. [831 NYS2d 91]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Smith and Pine, JJ.

■ NICHOLAS J. LOVERDE, JR., Respondents, v 8 PRINCE STREET ASSOCIATES, LLC, et al., Appellants, et al., Defendant. [831 NYS2d 91]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.